UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORBERT GAMACHE, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>            -against-<br><br>CAE INC. et al.,<br><br>                       Defendants. | Case No. 1:24-cv-05360 (JLR)<br><br>**ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS** |

JENNIFER L. ROCHON, United States District Judge:

On July 16, 2024, Plaintiff filed a putative class action on behalf of persons or entities who purchased or otherwise acquired publicly traded CAE stock between February 11, 2022 and May 21, 2024, inclusive (the "Class Period"). Dkt. 1 ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

IT IS HEREBY ORDERED that **no later than August 12, 2024**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

Dated:    July 17, 2024
              New York, New York

                                       SO ORDERED.

                                       *Jennifer Rochon*

                                       JENNIFER L. ROCHON
                                       United States District Judge